IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| MUZHGAN I. NAZAROVA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:16-CV-00910-WO-JEP |
| DUKE UNIVERSITY, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**

COMES NOW Defendant Duke University ("Duke" or "Defendant") moving to compel arbitration of Plaintiff's claims in this lawsuit pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and, alternatively, to dismiss this action pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. In support of this motion, Duke submits a memorandum of law and the Declaration of Denise Evans to which Duke's binding dispute resolution procedure and proof of Plaintiff's agreement to be bound by this procedure are attached.

WHEREFORE, Duke respectfully requests that its motion be granted, that this suit be stayed, and that Plaintiff's claims be ordered to arbitration in accordance with the parties' mutually binding arbitration agreement. Alternatively, Duke requests that Plaintiff's Complaint be dismissed under Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction since all of Plaintiff's claims are covered by a valid and enforceable agreement to arbitrate.

Respectfully submitted this the 15th day of August, 2016.

>OGLETREE, DEAKINS, NASH,
> SMOAK & STEWART, P.C.
>
> /s/  Robert A. Sar
> Robert A. Sar (N.C.  Bar No. 22306)
> Kimberly J. Lehman (N.C. Bar No. 43001)
> 4208 Six Forks Road, Ste. 1100
> Raleigh, North Carolina 27622
> Telephone: 919.787.9700
> Facsimile: 919.783.9412
> Email: bob.sar@odnss.com
> E-mail: kimberly.lehman@odnss.com
>
> *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| MUZHGAN I. NAZAROVA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:16-CV-00910-WO-JEP |
| DUKE UNIVERSITY, | ) |
| Defendant. | ) |

    This is to certify that the undersigned has this date electronically filed the foregoing **Motion to Compel Arbitration or Dismiss** with the Clerk of the Court using the Court's CM/ECF System, which will electronically notify Plaintiff's counsel, and also duly served the foregoing upon Plaintiff by depositing a copy thereof, via First Class mail, postage paid in the United States mail, addressed to:

    Muzhgan I. Nazarova
    2913 Reynolda Circle
    Durham, NC  27712
    *Plaintiff pro se*

This the 15th day of August, 2016.

                        OGLETREE, DEAKINS, NASH,
                           SMOAK & STEWART, P.C.

                        /s/  Robert A. Sar
                        Robert A. Sar (N.C.  Bar No. 22306)
                        Kimberly J. Lehman (N.C. Bar No. 43001)
                        4208 Six Forks Road, Ste. 1100
                        Raleigh, North Carolina 27622
                        Telephone: 919.787.9700
                        Facsimile: 919.783.9412
                        Email: bob.sar@odnss.com
                        E-mail: kimberly.lehman@odnss.com
                        *Attorneys for Defendant*

                                                      25788223.1